**FILED**

August 30, 2006

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                )
         Plaintiff,           )
v.                               )
                                )
FLINT MICHAEL VERDONE ,      )
                                )
       Defendant.        )

Case No. CR S-06-0352 FCD

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release FLINT MICHAEL VERDONE, Case No.CR

S-06-0352 FCD, Charge Title 18 USC § 1038 (a)(1)(A), from custody subject to the conditions

contained in the attached "Notice to Defendant Being Released" and for the following reasons:

         ☒      Release on Personal Recognizance

         ☒      Bail Posted in the Sum of $    25,000            

              ☒      Unsecured Appearance Bond

              __      Appearance Bond with 10% Deposit

              __      Appearance Bond with Surety

              __      Corporate Surety Bail Bond

              ☒      (Other)     _With pretrial services Supervision_

_On conditions._

_Release by U.S. Marshal's to Pretrial Services on August 31, 2006._
This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _August 30, 2006_ at    2 : 55      pm .

By    _Dale A. Drozd_

Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal