1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Cr. S-06-0352 FCD |
| vs. | ORDER FOR RELEASE OF PERSON IN CUSTODY |
| FLINT MICHAEL VERDONE, | |
| Defendant. | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release FLINT MICHAEL VERDONE, Case No. Cr. S-06-0352 FCD, Charge 18 U.S.C. 1038(a)(1)(A), FALSE INFORMATION AND HOAXES, from custody:

    __X__   Release on Personal Recognizance –

        **Defendant to released on January 9, 2007 at 9:00 a.m.**

    ____   Bail Posted in the Sum of $ [ ]

    ____   Unsecured Appearance Bond

    ___    Appearance Bond with 10% Deposit

    ___    Appearance Bond with Surety

    ___    Corporate Surety Bail Bond

    ___    (Other)  [Defendant sentenced to  ].

Issued at Sacramento, CA  on January 8, 2007 at 11:41 a.m.

Dated:   January 8, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

release order.wpd                                    2