**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Frank C. Damrell, Jr.
Senior United States District Judge
Sacramento, California

                      RE:   **Flint Michael VERDONE
                              Docket Number:   2:CR06-00352-01
                              <u>REPORT OF OFFENDER
                              REQUEST TO WITHDRAW PETITION AND VACATE HEARING SET FOR 12/14/2009</u>**

Your Honor:

On August 6, 2009, a Petition for Violation of Supervision was filed on the above releasee alleging a single charge of Possession of a Controlled Substance - Marijuana. The Court approved holding the petition in abeyance for three months to allow the releasee an opportunity to comply fully with his conditions of supervision.

On September 9, 2009, the releasee admitted to using methamphetamine; however, urinalysis test results were negative. Based on his forthrightness with the probation officer, he was instructed to find a clean and sober living environment, and to reside and participate in the program at his own expense until the termination of his supervision. He entered Oak House Clean and Sober Living on September 21, 2009, and he remains in this program. The original hearing date of November 2, 2009, was continued to December 14, 2009, to ensure the releasee maintained his positive adjustment and complete his term of supervision.

Since September 9, 2009, the releasee has been in compliance with his supervision: he has maintained all of his appointments and obligations pertaining to his mental health and he is medication compliant; he has made all random testing appointments with no incidents of positive or diluted tests; and he has attended community group meetings and met other obligations as required by Oak House. The releasee is due to terminate from supervision on January 7, 2010, and has plans to relocate to Florida to reside with family.

**RE:   Flint Michael VERDONE**
       **Docket Number:   2:06CR00352-01**
       <u>**REPORT OF OFFENDER**</u>
       <u>**REQUEST TO WITHDRAW PETITION AND**</u>
       <u>**VACATE HEARING SET FOR 12/14/2009**</u>

Based on the releasee's positive adjustment and response to violation conduct alleged in the petition, it is recommended the petition in this case be withdrawn and the court hearing set for December 14, 2009 be vacated. Both the Assistant United States Attorney and the releasee's attorney are in agreement with this recommendation.

                    Respectfully submitted,

                    /s/ Dayna D. Ward

                    **DAYNA D. WARD**
                    **Senior United States Probation Officer**

Dated:      December 10, 2009
            Roseville, California
            DDW:cd


**REVIEWED BY:**     /s/ Terence E. Sherbondy
                    **TERENCE E. SHERBONDY**
                    **Supervising United States Probation Officer**


cc:   Ellen Endrizzi
      Assistant United States Attorney

      Rachelle Barbour
      Assistant Federal Defender

RE: Flint Michael VERDONE
Docket Number: 2:06CR00352-01
**REPORT OF OFFENDER**
**REQUEST TO WITHDRAW PETITION AND**
**VACATE HEARING SET FOR 12/14/2009**


AGREE: __**X**__         DISAGREE: _____

_____         December 16, 2009
**FRANK C. DAMRELL, JR.**                  DATE
UNITED STATES DISTRICT JUDGE